# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 823 - 1 | **DATE** | 12/10/07 |
| **CASE TITLE** | USA vs. Antonio Vasquez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 12/10/07. Enter order appointing Donna Hickstein-Foley of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/13/07 at 11:00 a.m. Defendant to remain in custody pending further order of the court. Defendant waives his right to a preliminary examination. Enter a finding of probable cause: Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|