## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 823 - 1 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. Antonio Vasquez | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. For the reasons stated in open Court, defendant will remain in custody until further order of the court.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|